UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN FIGMAN,<br><br>                      Plaintiff,<br><br>-against-<br><br>NEW YORK CITY OF NEW YORK; THE PATROLMAN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK; CITY OF NEW YORK FDNY,<br><br>                      Defendants. | 20-CV-2833 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 12, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 12, 2020
            New York, New York

                                                                        *Louis L. Stanton*
                                                                        Louis L. Stanton
                                                                           U.S.D.J.